## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division
### Docket No. 5:07-M-1490-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **ORDER MODIFYING AND** |
| vs. | ) | |
| | ) | **CONTINUING SUPERVISION** |
| **Freddy J. Placencia** | ) | |

On this the 7th day of October, 2008, comes Van R. Freeman, Jr., U.S. Probation Officer, in open court at Fayetteville, North Carolina, who shows the court that Freddy J. Placencia appeared before the Honorable William A. Webb, U.S. Magistrate Judge, on December 11, 2007, and pursuant to an earlier plea of guilty to 18 U.S.C. § 13, assimilating NCGS 20-138.1, Driving While Impaired (Level 5) and Driving While Impaired (Level 2), was sentenced to a 24 month term of probation.

From evidence presented, the court finds as a fact that Freddy J. Placencia, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. The defendant shall be confined in the custody of the Bureau of Prisons for an additional period of 7 days as directed by the probation officer and shall abide by all rules and regulations of the designated facility.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 7th day of October, 2008.

_____
William A. Webb
U.S. Magistrate Judge